IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY R. F.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION, et. al.,<br><br>　　　　　　　Defendants. | NO. CV 24-00734-MEMF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, records on file, and the Report and Recommendation ("Report") of the Magistrate Judge. No objections to the Report have been filed.

　　The Court accepts the findings and recommendation of the Report.

　　IT IS ORDERED that the Social Security Administration's ("SSA") motion to dismiss the Complaint is granted and this entire action is dismissed without prejudice and without leave to amend against all defendants. IT IS FURTHER ORDERED that Judgment be entered for all defendants.

1   As discussed in the Report, if and when Plaintiff seeks and the SSA issues
2   a final decision made after a hearing, Plaintiff could file an action under 42 U.S.C.
3   § 405(g), and it appears nothing would prevent that.

DATED:  09/10/2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE