JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTY R. F.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION, et. al.,<br><br>　　　　　Defendants. | NO. CV 24-00734-MEMF (AGR)<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that Judgment is entered for Defendants Social Security Administration, and the City and County of Los Angeles.  Nothing prevents Plaintiff from filing an action under 42 U.S.C. § 405(g) if and when Plaintiff seeks, and the Social Security Administration issues, a final decision made after a hearing.

DATED:  09/10/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1